Appeal No. 937748 from Judgment dated December 7, 1994, Robert Lewis Gibbs, Rul *1286 ing Judge, Hinds County Circuit Court, First Judicial District.
Guy N. Rogers, Jr., Pearl, Tracey L. Tucker, Tucker & Tucker, Jackson, for Appellants.
Anne C. Sanders, Brunini Grantham Grower & Hewes, Jackson, for Appellees.
Before THOMAS, P.J., and BARBER and DIAZ, JJ.
Affirmed.
FRAISER, C.J., BRIDGES, P.J., and COLEMAN, KING, McMILLIN, PAYNE and SOUTHWICK, JJ., concur.